445 A.2d 499

**COMMONWEALTH of Pennsylvania**

v.

**Raymond McCLENDON, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 13, 1982.

Decided May 25, 1982.

Michael G. DeFino, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

160

### ORDER

PER CURIAM.

Judgments of Sentence Affirmed.